IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LISA TERESA S.,

    **Plaintiff,**

v.                                                 Civil Action No. 3:21cv480

**KILOLO KIJAKAZI,**
*Acting Commissioner of Social Security,*

    **Defendant.**

## FINAL ORDER

This matter comes before the Court on the July 26, 2022 Report and Recommendation (the "R&R") issued by the Honorable Mark R. Colombell, United States Magistrate Judge. (ECF No. 25.) The R&R recommends that because the Administrative Law Judge ("ALJ") did not err in her residual functional capacity assessment or her evaluation of evidence in the record, and complied with applicable regulations concerning Plaintiff's disability rating from the VA. No objections to the R&R have been filed, and the time to do so has expired.

Finding no error, the Court:

(1)     ADOPTS the findings and recommendations as set forth in the R&R, (ECF No. 25);

(2)     DENIES Plaintiff's Motion for Summary Judgment, (ECF No. 22);

(3)     GRANTS Defendant's Motion for Summary Judgment, (ECF No. 24);

(4)     AFFIRMS the final decision of the Commissioner; and,

(5)     DIRECTS the Clerk to CLOSE this case.

Let the Clerk of the Court send a copy of this Order to all counsel of record.

It is so ORDERED.

Date: 8-10-22
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge

2